390 A.2d 292

Commonwealth v. Howzell, Appellant.

Argued March 21, 1978. Mark Stephen Syrnick, for appellant; Edward G. Rendell, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.

608

HOFFMAN, J., dissented.

SPAETH, J., did not participate in the consideration or decision of this case.

390 A.2d 293

Judgment of sentence affirmed.

HOFFMAN, J., dissented.

SPAETH, J., did not participate in the consideration or decision of this case.